ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

AUG 1 2 2026

KEVIN P WEIMER, Clerk
By: [signature] Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*v.*<br>MARTIN HERNANDEZ-MONROY AKA "MARTIN MONROY HERNANDEZ" AKA "MONROY MARTIN HERNANDEZ" | Criminal Indictment<br>No. 1:26CR-363 |

THE GRAND JURY CHARGES THAT:

**Count One**
**(Conspiracy to Commit Firearms Trafficking)**

Beginning on a date unknown, but at least by on or about May 8, 2025, and continuing until on or about October 29, 2025, in the Northern District of Georgia and elsewhere, the defendant, MARTIN HERNANDEZ-MONROY, did knowingly and willfully combine, conspire, confederate, agree, and have a tacit understanding with others known and unknown to the Grand Jury, to ship, transport, transfer, cause to be transported, and otherwise dispose of at least one firearm to another person, in and affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony (as defined in Title 18, United States Code, Section 932(a)), all in violation of Title 18, United States Code, Sections 933(a)(1) and (a)(3).

## Count Two
## (Attempted Trafficking in Firearms)

From on or about May 8, 2025 to May 11, 2025, in the Northern District of Georgia and elsewhere, the defendant, MARTIN HERNANDEZ-MONROY, aided and abetted by others known and unknown to the Grand Jury, including "J.M.," did attempt to ship, transport, transfer, cause to be transported, and otherwise dispose of at least one of the following firearms to another person, in and otherwise affecting interstate and foreign commerce, that is:

- Three Glock 19, 9mm pistols;
- a Century Arms Micro Draco, 7.62x39mm semi-automatic pistol;
- a Century Arms VSKA, 7.62x39mm semi-automatic rifle;
- a Pioneer Arms Sporter, 7.62x39mm semi-automatic rifle;
- a Mossberg 715T, 22 LR semi-automatic rifle;
- an American Tactical Mil Sport, 5.56x45mm semi-automatic rifle;
- two Radical Firearms RF-15, 5.56x45mm semi-automatic rifles;
- two GForce Arms GF99DLX 12 gauge shotguns; and
- three Tokarev TBP 12, semi-automatic 12-gauge shotguns,

knowing and having reasonable cause to believe that smuggling goods from the United States in violation of Title 18, United States Code, Section 554 would constitute a felony, as defined in Title 18, United States Code, Section 932(a), all in violation of Title 18, United States Code, Section 933(a)(1), (a)(3) and Section 2.

## Count Three
## (Attempted Smuggling Goods From the United States)

From on or about May 8, 2025 to May 11, 2025, in the Northern District of Georgia and elsewhere, the defendant, MARTIN HERNANDEZ-MONROY, aided and abetted by others known and unknown to the Grand Jury, including "J.M.," did fraudulently and knowingly attempt to export and send merchandise, articles, and objects from the United States to Mexico, that is:

- Three Glock 19, 9mm semi-automatic pistols;
- a Century Arms Micro Draco, 7.62x39mm semi-automatic pistol;
- a Century Arms VSKA, 7.62x39mm semi-automatic rifle;
- a Pioneer Arms Sporter, 7.62x39mm semi-automatic rifle;
- a Mossberg 715T, 22 LR semi-automatic rifle;
- an American Tactical Mil Sport, 5.56x45mm semi-automatic rifle;
- two Radical Firearms RF-15, 5.56x45mm semi-automatic rifles;
- two GForce Arms GF99DLX 12 gauge shotguns; and
- three Tokarev TBP 12, semi-automatic 12-gauge shotguns,

contrary to any law and regulation of the United States, to wit, Title 50, United States Code, Section 4819 and Title 15, Code of Federal Regulations, Parts 774 and 738; all in violation of Title 18, United States Code, Section 554(a) and Section 2.

## Forfeiture

Upon conviction of the offenses alleged in Counts One and Two of this Indictment, the defendant, Martin Hernandez-Monroy, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 934(a), any

property constituting, or derived from, proceeds obtained directly or indirectly, as the result of said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violations, including, but not limited to, the following:

MONEY JUDGMENT: A sum of money in United States currency representing the amount of proceeds obtained as a result of the offenses alleged in Counts One and Two of this Indictment.

Upon conviction of the offense alleged in Count Three of this Indictment, the defendant, Martin Hernandez-Monroy, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, constituting, or derived from, proceeds traceable to the offenses, including, but not limited to, the following:

MONEY JUDGMENT: A sum of money in United States currency, representing the amount of proceeds obtained as a result of the offense alleged in Count Three.

If, as a result of any act or omission of the defendant(s), any property subject to forfeiture:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the Court;
d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

A True BILL

FOREPERSON

THEODORE S. HERTZBERG
*United States Attorney*

Jamil A. Favors
JAMIL A. FAVORS
*Assistant United States Attorney*
Georgia Bar No. 549881

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181