**U.S. Department of Justice**
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

Martin Hernandez-Monroy, a/k/a Martin Monroy Hernandez, a/k/a Monroy Martin Hernandez

**Agent to Arrest**

Indictment/Information

1:26CR-363

FILED IN OPEN COURT
U.S.D.C. - Atlanta

AUG 1 2 2026

KEVIN P WEIMER, Clerk
By: wyy Deputy Clerk

# PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, returnable instanter, in the above-stated case.

Jamil Favors
Assistant United States Attorney

Filed In Clerk's Office, this ________ day of _____________, 20 ____.

ISSUED AND DELIVERED TO U.S. MARSHAL on 8/12/26
BY: wyy
DEPUTY CLERK

______________________________
Clerk

By ______________________________
Deputy Clerk

Form No. USA-19-8
(Rev. 08/06/87)
N.D.Ga. 08/26/94